**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  09-cv-00252-REB-CBS

SHARON L. COLEMAN,

     Plaintiff,

v.

ROBERT GATES, Secretary, Department of Defense Agency,

     Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is plaintiff's **Motion To Dismiss** [#20] filed June 16, 2009. After careful review of the motion and the file, I conclude that the motion should be granted and that plaintiff's complaint should be dismissed.

**THEREFORE, IT IS ORDERED** as follows:

1. That plaintiff's **Motion To Dismiss** [#20] filed June 16, 2009, is **GRANTED**; and

2. That this action is **DISMISSED**.

Dated June 16, 2009, at Denver, Colorado.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge